IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01510-RPM

THE ESTATE OF ALBERT AUGUSTINE ROMERO, by and through
DEBRA CHRISTINE ROMERO, Personal Representative,

    Plaintiff,

v.

DENVER POLICE OFFICERS EDWARD ASH,
ADAM GIGGEY,
TRAVIS HERGERT,
STEVEN SLOAN,
MARC SMITH,
DENNIS THOMPSON,
IAN WALLACE, and
LAKEWOOD POLICE AGENT BECK LEIDER,
individually, and severally, and
DENVER POLICE DEPARTMENT,
CITY and COUNTY OF DENVER,
LAKEWOOD POLICE DEPARTMENT,
and CITY OF LAKEWOOD,

    Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **December 12, 2008, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on December 4, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: October 28th, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge