IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01510-RPM

THE ESTATE OF ALBERT AUGUSTINE ROMERO, by and through
DEBRA CHRISTINE ROMERO, Personal Representative,

    Plaintiff,

v.

DENVER POLICE OFFICERS EDWARD ASH,
ADAM GIGGEY,
TRAVIS HERGERT,
STEVEN SLOAN,
MARC SMITH,
DENNIS THOMPSON,
IAN WALLACE, and
LAKEWOOD POLICE AGENT BECK LEIDER,
individually, and severally,
CITY AND COUNTY OF DENVER, and
CITY OF LAKEWOOD,

    Defendants.

_____

ORDER GRANTING MOTION TO DISMISS DEFENDANTS BUCK LEIDER AND THE CITY OF LAKEWOOD
_____

    Upon consideration of Plaintiff's Unopposed Motion to Dismiss Defendants Buck Leider and the City of Lakewood [23], filed on January 15, 2009, it is

    ORDERED that Defendants Buck Leider and the City of Lakewood are dismissed with prejudice.

    DATED:   January 16th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge