IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01510-RPM

THE ESTATE OF ALBERT AUGUSTINE ROMERO, by and through
DEBRA CHRISTINE ROMERO, Personal Representative,

    Plaintiff,

v.

DENVER POLICE OFFICERS EDWARD ASH,
ADAM GIGGEY,
TRAVIS HERGERT,
STEVEN SLOAN,
MARC SMITH,
DENNIS THOMPSON,
IAN WALLACE, and
LAKEWOOD POLICE AGENT BECK LEIDER,
individually, and severally, and
DENVER POLICE DEPARTMENT,
CITY and COUNTY OF DENVER,
LAKEWOOD POLICE DEPARTMENT,
and CITY OF LAKEWOOD,

    Defendants.
_____

**ORDER GRANTING UNOPPOSED MOTION TO CORRECT ORDER OF DISMISSAL
FROM DISMISSED DEFENDANTS LEIDER AND THE CITY OF LAKEWOOD**
_____

    Upon consideration of the Lakewood Defendants' Motion to Dismiss Defendant Beck Leider, filed January 22, 2009, and Plaintiff's prior Unopposed Motion to Dismiss, filed January 15, 2009, it is

    **ORDERED** that Defendant Beck Leider is dismissed with prejudice.

    DATED: January 22nd, 2009.

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge