IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01510-RPM

THE ESTATE OF ALBERT AUGUSTINE ROMERO, by and through
DEBRA CHRISTINE ROMERO, Personal Representative,

    Plaintiff,

v.

DENVER POLICE OFFICERS EDWARD ASH,
ADAM GIGGEY,
TRAVIS HERGERT,
STEVEN SLOAN,
MARC SMITH,
DENNIS THOMPSON, and
IAN WALLACE,
individually, and severally,
CITY AND COUNTY OF DENVER,

    Defendants.

_____

ORDER DENYING MOTION TO FILE FIRST AMENDED COMPLAINT
_____

    On January 15, 2009, the plaintiff filed a Motion for Leave of Court to File Plaintiff's First Amended Complaint and tendered Plaintiff's First Amended Complaint with the motion. The defendants filed their opposition on January 26, 2009. There has been no reply. Upon review of these filings, the plaintiff has failed in the proposed first amended complaint to state an individual claim for relief on behalf of Debra Christine Romero individually, and it is therefore

    ORDERED that the motion for leave to file First Amended Complaint is denied.

    DATED: March 13th, 2009

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior Judge