IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01510-RPM

THE ESTATE OF ALBERT AUGUSTINE ROMERO, by and through
DEBRA CHRISTINE ROMERO, Personal Representative,

    Plaintiff,

v.

DENVER POLICE OFFICERS EDWARD ASH,
ADAM GIGGEY,
TRAVIS HERGERT,
STEVEN SLOAN,
MARC SMITH,
DENNIS THOMPSON, and
IAN WALLACE,
individually, and severally,
CITY AND COUNTY OF DENVER,

    Defendants.

_____

## ORDER AMENDING SCHEDULING ORDER
_____

    Upon consideration of Defendants' Unopposed Motion to Amend Scheduling Order [35], filed on March 20, 2009, it is

    ORDERED that the deadline for plaintiff to make its Rule 26(a)(1) disclosures is extended to and including March 26, 2009.

    DATED: March 23rd, 2009

                               BY THE COURT:

                               s/Richard P. Matsch

                               _____
                               Richard P. Matsch, Senior Judge