IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01510-RPM

**THE ESTATE OF ALBERT AUGUSTINE ROMERO,** by and through
**DEBRA CHRISTINE ROMERO,** Personal Representative

    Plaintiff,

v.

**DENVER POLICE OFFICERS,**
**EDWARD ASH,**
**ADAM GIGGEY,**
**TRAVIS HERGERT,**
**STEVEN SLOAN,**
**MARC SMITH,**
**DENNIS THOMPSON,**
**IAN WALLACE,** individually, and Severally, and
**DENVER POLICE DEPARTMENT,**
**CITY AND COUNTY OF DENVER,**

    Defendants.
_____

## AMENDED ORDER AMENDING SCHEDULING ORDER
_____

Upon consideration of Defendants' Unopposed Motion to Amend Scheduling Order [37], filed on March 23, 2009, it is

ORDERED that the deadline for plaintiff to make its Rule 26(a)(1) disclosures is extended to and including March 26, 2009; and

ORDERED that the expert disclosure deadlines are amended as follows:

(i)    The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed. R .Civ. P. 26(a)(2), on or before May 1, 2009;

(ii) The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2), on or before May 29, 2009;

(iii) Any rebuttal opinions will be exchanged on or before June 19, 2009.

DATED: March 24th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge