IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01510-RPM

THE ESTATE OF ALBERT AUGUSTINE ROMERO, by and through
DEBRA CHRISTINE ROMERO, Personal Representative,

    Plaintiff,

v.

DENVER POLICE OFFICERS EDWARD ASH,
ADAM GIGGEY,
TRAVIS HERGERT,
STEVEN SLOAN,
MARC SMITH,
DENNIS THOMPSON, and
IAN WALLACE,
individually, and severally,
CITY AND COUNTY OF DENVER,

    Defendants.

_____

## ORDER FOR DISMISSAL
_____

Upon consideration of Plaintiff's Motion to Dismiss Defendants [43], filed on July 20, 2009, it is

ORDERED that Plaintiff's claims against Defendants Adam Giggey, Travis Hergert, Steven Sloan, Dennis Thompson, and Ian Wallace are dismissed from this action, each party to pay their own attorney fees and costs.

DATED:   July 20th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge