IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01510-RPM

THE ESTATE OF ALBERT AUGUSTINE ROMERO, by and through
DEBRA CHRISTINE ROMERO, Personal Representative,

      Plaintiff,

v.

DENVER POLICE OFFICERS EDWARD ASH and
MARC SMITH,
individually, and severally,
CITY AND COUNTY OF DENVER,

      Defendants.

_____

ORDER FOR DISMISSAL
_____

      Upon consideration of the Unopposed Motion to Dismiss with Prejudice

Defendants Denver Police Officers Edward Ash and Marc Smith [46], filed on

September 1, 2009, it is

      ORDERED that Defendants Edward Ash and Marc Smith are dismissed with

prejudice from this action, each party to pay their own attorney fees and costs.

      DATED:   September 2nd, 2009

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior Judge