IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01510-RPM

THE ESTATE OF ALBERT AUGUSTINE ROMERO, by and through
DEBRA CHRISTINE ROMERO, Personal Representative,

    Plaintiff,
v.

CITY AND COUNTY OF DENVER,

    Defendants.

_____

ORDER STRIKING CASE FROM CALENDAR CALL
_____

Pursuant to the motion to dismiss [46] filed on September 1, 2009, it is

ORDERED that this case is removed from the October 2, 2009, Calendar Call.

DATED: September 2nd, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior Judge