IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01510-RPM

**THE ESTATE OF ALBERT AUGUSTINE ROMERO,** by and through
**DEBRA CHRISTINE ROMERO,** Personal Representative

    Plaintiff,

v.

**DENVER POLICE DEPARTMENT,**
**CITY AND COUNTY OF DENVER,**

    Defendants.

---

**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**
**DEFENDANT DENVER POLICE DEPARTMENT, CITY AND COUNTY OF DENVER**

---

This matter is before the Court on the Stipulated Motion to Dismiss with Prejudice Defendant Denver Police Department, the City and County of Denver. Good grounds having been shown, it is therefore ORDERED that:

The Stipulated Motion to Dismiss with Prejudice Defendant Denver Police Department, the City and County of Denver is GRANTED.

Defendant Denver Police Department, the City and County of Denver is dismissed with prejudice, each party to pay their own attorney fees and costs.

Dated this 25th day of October, 2009.

BY THE COURT:

_/s/ Richard P. Matsch_
RICHARD P. MATSCH
United States District Judge